528 GREEN vs. PROBATE JUDGE (Eaton), 40 M., 244.

To vacate an order made without notice, amending a former order respecting a claim which was presented to respondent acting in lieu of commissioners.

Granted January 23, 1879.

529 McDONALD vs. CIRCUIT JUDGE (Bay), No. 14228½.

To compel vacation of order modifying judgment.

Order to show cause denied June 5, 1894.

In an action for negligent injury relator recovered a judgment for $5,000. Defendant moved for a new trial, alleging, among other things, that the verdict was excessive. The court entered an order granting a new trial unless plaintiff would consent to a reduction of the judgment to $1,500.

530 FREDERICK vs. CIRCUIT JUDGE (Mecosta), 52 M., 529.

To correct a judgment entry.

Granted February 6, 1884.

Goods held by a sheriff under an attachment were taken from him, on a writ of replevin, before the attachment proceedings had been decided.

Held, that judgment in favor of the sheriff, in such case must be for a return of the property and not for the special value of his lien. Costs were denied, it appearing that the occasion for the issue of the writ was the error of relator's counsel.